John C. HOM, Plaintiff–Appellant,

John C. Hom & Associates, Inc., Plaintiff,

v.

UNITED STATES of America, Defendant–Appellee.

No. 13–17195.

United States Court of Appeals, Ninth Circuit.

Submitted March 15, 2016.*

Filed March 24, 2016.

John C. Hom, San Rafael, CA, pro se.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Robert Joel Branman, Esquire, Jonathan S. Cohen, DOJ–U.S. Department of Justice, Washington, DC, for Plaintiff, Thomas M. Newman, Assistant U.S., DOJ–USAO, San Francisco, CA, for Defendant–Appellee.

Before: GOODWIN, LEAVY, and CHRISTEN Circuit Judges.

## MEMORANDUM **

John C. Hom appeals pro se from the district court's judgment dismissing his 26 U.S.C. § 7431(a)(1) action alleging that the United States improperly disclosed his tax return information in violation of 26 U.S.C. § 6103. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under Fed.R.Civ.P. 12(b)(6). *Doe v. Abbott Labs.*, 571 F.3d 930, 933 (9th Cir. 2009). We affirm.

The district court properly dismissed Hom's action because Hom failed to allege facts sufficient to show that the disclosures were not made for purposes of tax administration or based on a good faith interpretation of § 6103. *See* 26 U.S.C. § 6103(h)(1) (disclosures may be made for purposes of tax administration); *id.* § 7431(b)(1) (precluding liability where a disclosure resulted from a good faith, but erroneous, interpretation of § 6103).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).